FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2020 AUG -6  PM 12: 38

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KAREN F. HAYES, Personal
Representative of the Estate of Thomas J.
Hayes, Deceased,

                    Plaintiff,

          vs.

NEBRASKA, KANSAS & COLORADO
RAILWAY, LLC, a Delaware Limited
Liability Company, et al

                    Defendants.

8:20CV201

ORDER

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned."  Because counsel for the Defendant is from a firm on the standing recusal list of the undersigned, she recuses herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

Dated this 6th day of August 2020.

BY THE COURT:

s/
Sr. United States District Judge