IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KAREN F. HAYES, Personal Representative of the Estate of Thomas J. Hayes, Deceased;<br><br>Plaintiff,<br><br>vs.<br><br>NEBRASKA, KANSAS & COLORADO RAILWAY, LLC, a Delaware Limited Liability Company;  OMNITRAX, INC., a Colorado Corporation; and  NUTRIEN AG SOLUTIONS, INC., a Delaware Corporation;<br><br>Defendants. | 8:20-CV-201<br><br>ORDER OF RECUSAL<br>REQUEST FOR REASSIGNMENT |

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

IT IS SO ORDERED.

Dated this 21st day of August, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge