IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KAREN F. HAYES, Personal Representative of the Estate of Thomas J. Hayes, Deceased;<br><br>    Plaintiff,<br><br>  vs.<br><br>NEBRASKA, KANSAS & COLORADO RAILWAY, LLC, a Delaware Limited Liability Company;  OMNITRAX, INC., a Colorado Corporation; and  NUTRIEN AG SOLUTIONS, INC., a Delaware Corporation;<br><br>    Defendants. | **8:20CV201**<br><br>**ORDER** |

  IT IS ORDERED that the motion to withdraw filed by Paul J. Lopach and Zachary W. Fitzgerald, as counsel of record for Defendant/Cross-Claim Defendant Nutrien Ag Solutions, Inc., (Filing No. 51), is granted. Paul J. Lopach and Zachary W. Fitzgerald shall no longer receive electronic notice in this case.

  Dated this 1st day of September, 2020.

              BY THE COURT:

              *s/ Cheryl R. Zwart*
              United States Magistrate Judge