IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KAREN F. HAYES, Personal Representative of the Estate of Thomas J. Hayes, Deceased;<br><br>        Plaintiff,<br><br>vs.<br><br>NEBRASKA, KANSAS & COLORADO RAILWAY, LLC, a Delaware Limited Liability Company;<br><br>        Defendant/Cross Claimant and Third Party Plaintiff,<br><br>vs.<br><br>NUTRIEN AG SOLUTIONS, INC., a Delaware Corporation;<br><br>        Defendant,<br><br>vs.<br><br>UNION PACIFIC RAILROAD CO., BNSF RAILWAY CO., CANADIAN NATIONAL RAILWAY CO., CANADIAN PACIFIC LTD., and NORFOLK SOUTHERN CORP.<br><br>        Third-Party Defendants. | **8:20CV201**<br><br>**ORDER** |

    IT IS ORDERED that the unopposed motion to withdraw filed by Daniel Hassing and William Lamson, Jr., as counsel of record for Third Party Defendant, Union Pacific Railroad Co. (Filing No. 82), is granted. Daniel Hassing and William Lamson, Jr. shall no longer receive electronic notice in this case.

    Dated this 4th day of November, 2020.

                                                  BY THE COURT:

                                                  *s/ Cheryl R. Zwart*
                                                  United States Magistrate Judge