# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KAREN F. HAYES, Personal Representative of the Estate of Thomas J. Hayes, Deceased;<br><br>Plaintiff,<br><br>vs.<br><br>NEBRASKA, KANSAS & COLORADO RAILWAY, LLC, a Delaware Limited Liability Company; and NUTRIEN AG SOLUTIONS, INC., a Delaware Corporation;<br><br>Defendants. | 8:20CV201<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Randal W. LeNeave on behalf of William Kvas, as counsel of record for Plaintiff, (Filing No. 157), is granted. William Kvas shall no longer receive electronic notice in this case.

Randal W. LeNeave has entered an appearance as counsel of record for Plaintiff. (Filing No. 157). The clerk shall update the docket accordingly.

Dated this 30th day of June, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge