IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KAREN F. HAYES, Personal Representative of the Estate of Thomas J. Hayes, Deceased;<br><br>Plaintiff,<br><br>vs.<br><br>NEBRASKA, KANSAS & COLORADO RAILWAY, LLC, a Delaware Limited Liability Company; and NUTRIEN AG SOLUTIONS, INC., a Delaware Corporation;<br><br>Defendants. | **8:20CV201**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Daniel J. Gutman, as counsel of record for Defendant/Cross Claimant/Third Party Plaintiff, Nebraska, Kansas & Colorado Railway, LLC (Filing No. 163), is granted. Daniel J. Gutman shall no longer receive electronic notice in this case.

Dated this 3rd day of February, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge